# Court of Appeals
# of the State of Georgia

ATLANTA,  April 25, 2019

*The Court of Appeals hereby passes the following order:*

## A19D0415.  OGUNDIRAN OGUNLANA v. JESTEIN C. FUTRELL.

Ogundiran Ogunlana and Jestein C. Futrell are the biological parents of minor child A. O.  Futrell filed a petition to establish paternity and child support, and Ogunlana filed a counterclaim for legitimation and custody.  The trial court granted Ogunlana's petition to legitimate, awarded the parties joint legal custody, established a visitation schedule, and ordered Ogunlana to pay child support.  Ogunlana has now filed an application for discretionary review of the trial court's order.  He is, however, entitled to a direct appeal.

To determine whether a party may bring a direct appeal, we look to the "issue raised on appeal."  See *Voyles v. Voyles*, 301 Ga. 44, 45-46 (799 SE2d 160) (2017).  Here, Ogunlana's enumerations of error include a challenge to the trial court's parenting plan, which sets forth the parties' custody and visitation arrangements.  Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable.  Orders in legitimation cases that involve "the establishment of legal custody over [the] child" are directly appealable under this statute. *Caldwell v. Meadows*, 312 Ga. App. 70, 77 (4) (717 SE2d 668) (2011).  In addition, visitation is considered a custody issue. See OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue").  Because the trial court's order established legal custody over the child and granted Ogunlana visitation, and Ogunlana challenges that portion of the order on appeal, he is entitled to a direct appeal under OCGA § 5-6-34 (a) (11).

This Court will grant an otherwise timely discretionary application if the lower

court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Ogunlana shall have ten days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*

    *Clerk's Office, Atlanta,*   04/25/2019

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*



                                          , *Clerk.*